UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| Syamack GANJAVIAN, | ) | - 0 7 - 4 9 6 - |
| | ) | |
| Plaintiff | ) | |
| v. | ) | COMPLAINT FOR MANDAMUS |
| | ) | UNDER 28 U.S.C. §1361 |
| PAUL NOVAK, DIRECTOR | ) | |
| U.S. Department of Homeland Security | ) | NO. A 076 417 110 |
| U.S. Citizenship and Immigration | ) | |
| Service, Vermont Service Center, | ) | |
| in his official capacity, | ) | |
| as well as his successors and assigns, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EMILIO GONZÁLEZ, | ) | |
| Director of U.S. Citizenship & | ) | |
| Immigration Services, in his | ) | |
| official capacity, as well as his | ) | |
| successors and assigns | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT S. MUELLER, III | ) | |
| Director of the Federal Bureau | ) | |
| of Investigation, in his | ) | |
| official capacity, as well as his | ) | |
| successors and assigns | ) | |
| | ) | |
| Defendants. | ) | |

## I. INTRODUCTION

1.  This is a civil action brought to compel Defendants and those acting under the Defendants' direction to adjudicate the application for adjustment of status filed pursuant to §245 of the Immigration and Nationality Act, 8 U.S.C. §1255, by Plaintiff on December 9 1999.

## II. JURISDICTION AND VENUE

2.  The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361 and §1331. This action is filed in response to unreasonable agency delay and failure to act on Plaintiff's application for adjustment of status in violation of the Administrative Procedures Act ("APA") under 5 U.S.C.A. §702, as well as the failure to perform the mandatory duty to adjudicate the application. Venue is properly with this Court because Plaintiff resides in the State of Delaware.

3.  The Plaintiff, Syamack Ganjavian, is an adult individual who is a national of Iran and resides lawfully in the United States at 120 Talleville Drive, Wilmington DE 19810.

4.  Paul Novak is the District Director of the Vermont Service Center of the U.S. Citizenship and Immigration Service (USCIS). Plaintiff has filed his application for adjustment of status with that office and the office retains jurisdiction over the application. The USCIS, through the Vermont Service Center, has a mandatory duty to act on the application for adjustment of status within a reasonable period of time.

5.  Emilio Gonzalez is the Director of the U.S. Citizenship and Immigration Services (USCIS) who is also sued only his official capacity, as well as his successors and assigns. The USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529. The USCIS is assigned the adjudication of immigrant visa .

6.  Robert S. Mueller, III is Director of the Federal Bureau of Investigation (FBI) who is also sued in his official capacity as well as his successor and

assigns. The FBI is headquartered 935 Pennsylvania Ave Washington, D.C. 20535. The FBI conducts back ground checks for the USCIS.

### III. BACKGROUND

6. Plaintiff is eligible for adjustment of status because he is a derivative beneficiary of an approved I-589, Application for Asylum. The Application for Asylum was approved by the USCIS on September 4, 1998. Under §209(b) of the Immigration and Nationality Act ("INA"), the Plaintiff is entitled to apply for lawful permanent residence via form I-485 after one year of physical presence in the United States has been achieved from the date of the Asylum approval.

7. On December 9, 1999 the Plaintiff filed an Application for Adjustment of Status pursuant to §245 of the INA, 8 U.S.C. §1255, to obtain lawful permanent residence status. He was at that time in a fully lawful status as an Asylee. He was, at the time of filing, and remains fully eligible for adjustment of status to permanent residence. Receipt number LIN 07 134 51509 was assigned.

8. The adjudication procedure involves the applicant's submission of the Application for Adjustment of Status. At the time of the filing of the application by the Plaintiff, that application was properly filed with the Vermont Service Center. It is the duty of the Vermont Service Center to timely adjudicate the application.

9. The Plaintiff has complied with all requests made by the USCIS to complete all of the necessary biometrics appointments required by the USCIS (eight times over six years). He has provided all of the information requested by the agency and has applied with all of the appointment notices.

10. The Plaintiff, on his own and through legal counsel, has made repeated inquiries regarding the status of the Application for Adjustment of Status. The Plaintiff was advised most recently in writing on March 15, 2006 and again on December 13, 2006 that the adjudication of the application has been delayed because of the absence of the required security checks.

11. It is the stated goal of the USCIS to complete all adjudication within six months of filing of the application. Further, the current listed processing time for the Vermont Service Center for applications of this type is approximately 11 months.

## IV. STATUTORY AND REGULATORY FRAMEWORK

12. The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

13. Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. §1361.

## V. CLAIM FOR RELIEF

14. Defendants have unreasonably delayed and failed to perform a mandatory action in adjudicating the application for adjustment of status filed over two years ago thereby depriving Plaintiff of her right to lawful permanent residence status and benefits conferred there from including accrual of time to apply for U.S. citizenship.

15. Defendants owe Plaintiff the duty to act upon her application for adjustment of status and have unreasonably failed to perform that duty.

16. Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE, Plaintiff prays that the Court:

(1) Compel Defendants and those acting under them to perform their duty to adjudicate the application for adjustment of status owed to Plaintiff;

(2) Grant such other and further relief as this Court deems proper under the circumstances; and

(3) Grant attorney's fees and costs of court.

*[Signature: Kevin Grubb]*

Kevin Grubb, Esquire
Attorney I.D. No.
Hogan & Vandenberg LLC
4 East 8th Street, #302
Wilmington, DE 19801
(302) 225 2734

Date: August 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Syamack GANJAVIAN, ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | **COMPLAINT FOR MANDAMUS** |
| ) | **UNDER 28 U.S.C. §1361** |
| PAUL NOVAK, DIRECTOR ) | |
| U.S. Department of Homeland Security ) | NO. A 076 417 110 |
| U.S. Citizenship and Immigration ) | |
| Service, Vermont Service Center, ) | |
| in his official capacity, ) | |
| as well as his successors and assigns, ) | |
| ) | |
| and ) | |
| ) | |
| EMILIO GONZÁLEZ, ) | |
| Director of U.S. Citizenship & ) | |
| Immigration Services, in his ) | |
| official capacity, as well as his ) | |
| successors and assigns ) | |
| ) | |
| and ) | |
| ) | |
| ROBERT S. MUELLER, III ) | |
| Director of the Federal Bureau ) | |
| of Investigation, in his ) | |
| official capacity, as well as his ) | |
| successors and assigns ) | |
| ) | |
| **Defendants.** ) | |

INDEX OF DOCUMENTATION IN SUPPORT OF
PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF
MANDAMUS

The Respondent by and through undersigned counsel offers the following documents into evidence in the above-referenced proceedings:

1. Asylum Approval, 09/05/1998
2. I-485 Receipt, Notice of Action 12/09/1999
3. Information request USCIS, 03/15/2006
4. Information request USCIS, 12/13/2006
5. Transfer Notice, 01/12/2007



UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Arlington Asylum Office
1500 Wilson Boulevard
Arlington, Virginia 22209

Date: Sep 04 1998

Re: A76 417 110

Syamack Ganjavian
9970 Moss Avenue
Silver Spring, MD 20901

## ASYLUM APPROVAL

Dear Mr. Ganjavian:

This letter refers to your request for asylum in the United States filed on Form I-589. This office previously issued you a letter to notify you that your request for asylum had been recommended for approval, pending the results of the mandatory, confidential investigation of your identity and background.

It has been determined that you are eligible for asylum in the United States. Enclosed please find a completed Form I-94, Arrival/Departure Record, indicating that you have been granted asylum status in the United States pursuant to Section 208(a) of the Immigration and Nationality Act as of_____. You have been granted asylum in the United States for an indefinite period. This grant of asylum includes your dependents listed above who are present in the United States, were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

In order to request derivative asylum status for any spouse or child who was not included in your asylum request, you must submit a Form I-730, Refugee and Asylee Relative Petition, to the Immigration and Naturalization Service (INS).

You are eligible for employment authorization for as long as you remain in asylum status. Your dependents listed above are also eligible for employment authorization, so long as they retain derivative asylum status. However, you must apply for and obtain an Employment Authorization Document (EAD) as evidence of your eligibility to work in the United States. To obtain an EAD, you must submit to the INS a Form I-765, Application for Employment Authorization. We suggest that you include a copy of this letter when applying for work authorization as an asylee.

If you plan to depart the United States, you must obtain permission to return to the United States before you leave this country. If you do not obtain permission, you may be unable to reenter the United States, or you may be placed in proceedings where you will be required to establish your

U.S. Department of Homeland Security          12/18/2006
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521


To Whom It May Concern:

    I, Syamack Ganjavian, am writing to express my frustration with the progress of my immigration case. On December 9, 1999 I filed form I-485 for adjustment of my status to permanent resident and so far no action has been taken on my application. It has been more than SEVEN years. I have faithfully provided all the requested documents, and have shown up for biometric scanning every 6 month for the past 3 years. I have called the customer service numerous times and every time I have been told that I should be getting a definitive answer from the Nebraska Service Center within 6 months, then 45 days, and then 30 days. However, no attention is being paid to my case. All I have been getting were requests to show up for biometric scanning time after time after time. My alien registration # is **A076-417-110** and my receipt # is **LIN-00-056-53516**. I have enclosed copies of my original I-485 application receipt and last ASC Appointment Notice for your convenience. I am willing to furnish any document that is necessary. Please respond to my request for clarification at your earliest convenience.


My new address is:  Syamack Ganjavian
                     120 Talleyrand Dr.
                     Wilmington, DE 19810
                     (443) 838-6394 phone

I have also filed form AR-11 and informed the customer service about my recent change of address.

Sincerely,


Syamack Ganjavian

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-00-056-53516 | | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>December 20, 1999 | PRIORITY DATE | APPLICANT   A076 417 110<br>GANJAVIAN, SYAMACK |
| NOTICE DATE<br>January 12, 2007 | PAGE<br>1 of 1 | |

SYAMACK GANJAVIAN
120 TALLEYRAND DR
WILMINGTON DE 19810

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Attn: E-Filing, 2675 Prosperity Avenue, Fairfax, VA 22031-4906

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action



### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-00-056-53516 | | CASE TYPE I485  APPLICATION TO ADJUST TO PERM'N'T<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 9, 1999 | PRIORITY DATE | APPLICANT  A76 417 110<br>GANJAVIAN, SYAMACK |
| NOTICE DATE<br>December 20, 1999 | PAGE<br>1 of 1 | |

SYAMACK GANJAVIAN
9970 MOSS AVE
SILVER SPRING MD 20901

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Asylee adjustment

The above application or petition has been received. It usually takes 482 to 512 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830





U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

Wednesday, December 13, 2006

SYAMACK GANJAVIAN
120 TALLEYRAND DRIVE
WILMINGTON DE 19810

Dear Syamack Ganjavian:

On 12/11/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/20/1999 |
| **Receipt #:** | LIN-00-565-3516 |
| **Beneficiary (if you filed for someone else):** | Ganjavian, Syamack |
| **Your USCIS Account Number (A-number):** | A076417110 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

In processing applications for immigration benefits, the United States Citizenship and Immigration Service is making national security our top priority. USCIS has added security checks to the processing of all applications to help ensure that those who receive immigration benefits have come to join the American people in building a better society and not to do harm to them. But whatever short-term impact these additional checks will have on processing will not interfere with the Administration's long-term goal of eliminating processing backlogs and meeting a six-month processing standard for all immigration benefit applications. The employees of USCIS are committed to address our nation's security needs while also maintaining our country's openness to those who seek the freedom and opportunity that the United States has to offer. Your application is currently undergoing such checks. Please allow more time.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

Wednesday, March 15, 2006

SYAMACK GANJAVIAN
2128 EDGEWATER PARKWAY
SILVER SPRING MD 20903

Dear SYAMACK GANJAVIAN:

On 03/14/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN-00-056-53516 |
| **Beneficiary (if you filed for someone else):** | GANJAVIAN, SYAMACK |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below. Recently, you called us to update your address. We have your current address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note. When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

Mr. Paul Novak, Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Service
Vermont Service Center
75 Lower Weldon Street
St Albans VT

Mr. Emilio Gonzales, Director
U.S. Citizenship and Immigration Service
U.S. Department of Homeland Security
Washington, D.C. 20528

Mr. Robert S Mueller, III Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Mr. Colm F. Connolly, Esq.
U.S. Attorney, District of Delaware
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

in the foregoing matter with a copy of this Complaint for Mandamus by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon, in the manner prescribed by Rule 5 of the Rules of Civil Procedure.

This the _14th_ day of August, 2007.

_/s/ Kevin Gubb_

Kevin Gubb, Esq
DE BAR: 4409
Hogan & Vandenberg LLC
4 East 8th Street #302
Wilmington, DE 19801
302 225 2734
Attorney for Plaintiffs

# CIVIL COVER SHEET

**JS 44** (Rev. 11/04)

≈ 07 - 496 −

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 AUG 14 PM 2:51

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
GANJAVIAN, SYAMACK

**DEFENDANTS**
PAUL NOVAK, DIRECTOR OF USCIS, ET AL.

(b) County of Residence of First Listed Plaintiff: **NEW CASTLE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
HOGAN & VANDENBERG LLC
4 E 8TH ST
WILM DE 19801
302 225 2754

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☒ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC SEC. 1361, 1331**

Brief description of cause: **MANDAMUS**

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: **9/14/07**
SIGNATURE OF ATTORNEY OF RECORD: *Kevin Gross*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___-07-496-___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___8/14/07___      x ___R Hogan___
(Date forms issued)     (Signature of Party or their Representative)

           x ___Rick Hogan___
           (Printed name of Party or their Representative)

**Note: Completed receipt will be filed in the Civil Action**