IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYAMACK GANJAVIAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-496-SLR |
| v. | : | |
| | : | |
| PAUL NOVAK, et al., | : | |
| | : | |
| Defendants. | : | |

**MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss Plaintiff's Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed Order is attached hereto.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                              /s/ Seth M. Beausang
                                            Seth M. Beausang (I.D. No. #4071)
                                            Assistant United States Attorney
                                            1007 N. Orange Street, Suite 700
                                            Wilmington, Delaware 19801
Dated: October 19, 2007.                 (302) 573-6277

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYAMACK GANJAVIAN, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 07-496-SLR |
| v. | : |
| | : |
| PAUL NOVAK, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Motion to Dismiss, and all papers filed in support thereof and opposition thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE