IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYAMACK GANJAVIAN, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 07-496-SLR |
| v. | : |
| | : |
| PAUL NOVAK, et al., | : |
| | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

                    COLM F. CONNOLLY
                    United States Attorney

               By: Seth M. Beausang (I.D. No. #4071)
                  Assistant United States Attorney
                  1007 N. Orange Street, Suite 700
                  Wilmington, Delaware 19801
Dated: October 19, 2007.       (302) 573-6277

1. On August 14, 2007, Plaintiff filed the present action seeking a writ of mandaums to compel Defendants to adjust his status to a lawful permanent resident via form I-485. (Compl. ¶ 6; see also id. ¶¶ 7-15.)

2. On October 1, 2007, Plaintiff's I-485 form was approved. (See Ex. A at 2.)

3. Plaintiff's Complaint should therefore be dismissed for lack of subject matter jurisdiction. Because Plaintiff has obtained the relief he seeks, Plaintiff's Complaint should be dismissed as moot. See, e.g., Shi v. Chertoff, No. 06-CV-0470-CVE-FHM, 2006 WL 3253107, at *1 (N.D. Okla. Nov. 8, 2006) ("Plaintiff filed her I-485 and applied for permanent residence on October 2, 2002. She filed this action on September 11, 2006 on the ground that defendants improperly delayed the processing of her application. However, the United States Citizenship and Immigration Services ("CIS") has approved her application. See Dkt. # 13, Ex. A. Since there is no further substantive relief sought by plaintiff, this action is moot, and the Court dismisses the action for lack of subject matter jurisdiction.").

DATED: October 19, 2007.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suit 700
Wilmington, DE 19801
(302) 573-6277